# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| EDUARD ZAVALUNOV, | : | Civil No. 3:18-cv-2438 |
|---|---|---|
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WARDEN DOUGLAS K. WHITE, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 2nd day of March, 2020, in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The action against the John Doe Defendant is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. See FED. R. CIV. P. 4(m).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge